THEODORE ULM, Respondent, *v.* WESTERN UNION TELE-GRAPH COMPANY, Appellant.

Argued January 22, 1940; decided February 27, 1940.

*Evan Hollister* and *Francis R. Stark* for appellant.
*Frank D. White* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.